# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Carlos Joseph Gonzalez, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 18 CV 50253 |
| City of Rockford, Illinois, | ) ) ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [15] from the magistrate judge that this court dismiss this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 3/6/2019                                              ENTER:

_____
FREDERICK J. KAPALA

District Judge